IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALFRED CHESTNUT, <br> ANDREW STEWART, JR, <br> and RANSOM WATKINS, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD KINCAID, et. al., <br><br> Defendants. | 1:20-cv-02342 |

## DEFENDANTS DONALD KINCAID, BRYN JOYCE, AND JOHN BARRICK'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants Donald Kincaid, Bryn Joyce, and John Barrick, by and through their attorneys, Nathan & Kamionski LLP, respectfully move this Court to dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6). The grounds and authorities in support of this Motion are set forth in the accompanying Memorandum.

Respectfully Submitted,

*/s/ Shneur Nathan*
Shneur Nathan, Bar No. 20707
snathan@nklawllp.com
Avi Kamionski, Bar No. 20703
akamionski@nklawllp.com
Mayer Engelsberg Bar No. 21105
mengelsberg@nklawllp.com
Michael J. Elliker Bar No. 20810
melliker@nklawllp.com
201 N. Charles St. Ste. 1202
Baltimore, MD 21201
(312) 612-1955
(952) 658-3011
*Attorneys for Individual Defendants*
*Donald Kincaid, Bryn Joyce, &*
*John Barrick*

# **CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that I have caused true and correct copies of the above and foregoing to be served on all counsel of record via to the Court's CM/ECF system, in accordance with the rules of electronic filing of documents, on this 20th day of November, 2020.

                                                 */s/ Shneur Nathan*
                                                 Shneur Nathan