IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

ALFRED CHESTNUT, et al.,

    Plaintiffs,

v.

DONALD KINCAID, et al.,

    Defendants.

Civil Action No. RDB-20-2342

[PROPOSED] ORDER

Upon consideration of the Joint Proposed Amended Scheduling Order, it is this 2nd day of June, 2021, hereby ORDERED that the following deadlines in the April 28, 2021, Scheduling Order, ECF No. 37, are modified as follows:

| Current Deadline | Filing/Occurrence | New Requested Deadline |
|---|---|---|
| June 14, 2021 | Joinder/Amendment of Pleadings | August 12, 2021 |
| September 10, 2021 | Close of fact discovery; submission of status report | December 15, 2021 |
| September 17, 2021 | Requests for Admission (responses served by this date) | January 12, 2022 |
| June 28, 2021 | Plaintiffs' Rule 26(a)(2) disclosures | January 14, 2022 |
| July 27, 2021 | Defendants' Rule 26(a)(2) disclosures | February 18, 2022 |
| August 10, 2021 | Plaintiffs' rebuttal Rule 26(a)(2) disclosures | March 8, 2022 |
| August 17, 2021 | Rule 26(e)(2) supplementation of disclosures and responses | March 15, 2022 |
| N/A | Close of expert discovery | March 29, 2022 |
| October 12, 2021 | Dispositive pretrial motions deadline | April 29, 2022 |

A. David Copperthite
United States Magistrate Judge