**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**A. DAVID COPPERTHITE**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**410-962-0946**<br>**MDD_ADCCHAMBERS@MDD.USCOURTS.GOV** |

STANDING ORDER CONCERNING DISCOVERY

Dear Counsel:

      I am providing you with my informal discovery dispute procedure. Please use the expedited process detailed below for any disputes that remain after your good faith effort to resolve the dispute on your own. Please do not file any discovery motions until this process has been followed and I advise you that formal briefing is necessary.

      My informal discovery dispute procedure is as follows:

      At the outset, I note that you are required to attempt to resolve any discovery disputes among yourselves in the first instance. If you are unable to do so, you may:

1. File a <u>joint</u> brief letter (not to exceed one page) advising me that you would like me to resolve a discovery dispute, noting the nature of the dispute, and confirming that you have attempted to resolve it on your own and that you have held a Local Rule 104.7 conference. Please note that this requirement contemplates a discussion between counsel, not an email exchange.

2. Within 24 hours of sending the joint letter noted above, counsel involved in the discovery dispute shall file short letters (not to exceed three pages) setting forth their respective positions. You are not to "reply" to each other's letters. This procedure contemplates that you will file your letters contemporaneously and that you are already familiar with the other party's position by virtue of your conference.

3. Upon review of these letters, I will determine whether a telephone conference is necessary to resolve the dispute. If not, I will resolve the dispute. If so, I will schedule a conference call.

4. It shall be the responsibility of counsel requesting the conference to arrange for a conference call at the prescribed time.

5. I will not record the conference call. If any of you would like a court reporter to record the call, it will be your responsibility to have a court reporter present in your office. Of course, you must advise me and opposing counsel at the commencement of the call that a record is being made.

Case 1:20-cv-02342-RDB   Document 52   Filed 08/09/21   Page 2 of 2

Page 2


I will do my best to resolve as many disputes as I can in this informal manner. If, however, I determine that the issues are too complicated for me to do so after hearing from you, I will direct that the procedures for formal briefing be followed.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

      Very truly yours,


      /s/

      A. David Copperthite
      United States Magistrate Judge