**Brown Goldstein & Levy**

September 2, 2021

**BY ECF**
The Hon. A. David Copperthite
United States District Court for the District of Maryland
101 West Lombard Street, 8B
Baltimore, Maryland 21201

    Re:   *Alfred Chestnut, et al. v. Donald Kincaid, et al.*
          Civil Action No. LKG-20-2342

Dear Judge Copperthite:

    Pursuant to your Letter Order of August 9, 2021 (ECF 52), we write regarding two discovery disputes that Plaintiffs and the Individual Officer Defendants ("Individual Defendants") have been unable to resolve despite good-faith efforts to do so.

    First, there is a dispute regarding Plaintiffs' request for color photographs from in or about 1983 of the Individual Defendants facing forward. The Individual Defendants have objected to producing such photographs. The parties met and conferred by telephone and email regarding this dispute on July 29 and August 20, 2021, but have reached an impasse.

    Second, there is a dispute concerning Plaintiffs' request for the Individual Defendants' employment records and Defendants' document production pursuant to this request. The parties met and conferred regarding this issue via a telephone conference on July 29 and August 31, 2021, but have been unable to resolve their dispute.

    Given these two issues, Plaintiffs and the Individual Defendants respectfully request that each of them be allotted a total of five pages to set out their respective positions in submissions, to be filed within 24 hours of this letter.

                                         Respectfully,

                                         /s/
                                  Kobie A. Flowers (Bar No. 16511)
                                  kflowers@browngold.com
                                  Andrew D. Freeman (Bar No. 03867)
                                  adf@browngold.com
                                  Neel K. Lalchandani (Bar No. 20291)
                                  nlalchandani@browngold.com
                                  Chelsea J. Crawford (Bar No. 19155)
                                  ccrawford@browngold.com
                                  Anthony J. May (Bar No. 20301)
                                  amay@browngold.com

BROWN, GOLDSTEIN & LEVY, LLP

Hon. A. David Copperthite
September 2, 2021
Page 2

---

                                           Brown, Goldstein & Levy, LLP
                                           120 E. Baltimore Street, Suite 2500
                                           Baltimore, Maryland 21202
                                           Tel: (410) 962-1030
                                           Fax: (410) 385-0869

                                                  /s/
                                           Larry A. Nathans (Bar No. 03023)
                                           nathans@nathanslaw.com
                                           Booth M. Ripke (Bar No. 25764)
                                           bripke@nathanslaw.com
                                           Nathans & Biddle LLP
                                           120 E. Baltimore Street, Suite 1800
                                           Baltimore, Maryland 21202
                                           Tel: (410) 783-0272
                                           Fax: (410) 783-0518

*Attorneys for Plaintiffs Alfred Chestnut, Andrew Stewart, Jr., and Ransom Watkins*

                                                  /s/
                                           Avi T. Kamionski (Bar No. 20703)
                                           akamionski@nklawllp.com
                                           Shneur Nathan (Bar No. 20707)
                                           snathan@nklawllp.com
                                           Theresa Concepcion (Bar No. 21143)
                                           tconcepcion@nklawllp.com
                                           Michael J. Elliker (Bar No. 20810)
                                           melliker@nklawllp.com
                                           Jasmine R. England-Caesar (Bar No. 21515)
                                           jasmine@nklawllp.com
                                           Nathan & Kamionski LLP
                                           575 S. Charles Street Suite 402
                                           Baltimore, MD 21201
                                           T: (312) 612-1928

*Attorneys for Defendants William Ritz and Barry Verger*

BROWN, GOLDSTEIN & LEVY, LLP

Hon. A. David Copperthite
September 2, 2021
Page 3

                                                Natalie R. Amato (Bar No. 20749)
                                                natalie.amato@baltimorecity.gov
                                                Justin S. Conroy (Bar No. 28480)
                                                justin.conroy@baltimorepolice.org
                                                Kara K. Lynch (Bar No. 29351)
                                                kara.lynch@baltimorepolice.org
                                                Kyle A. Ashe (Bar No. 21551)
                                                kyle.ashe@baltimorepolice.org
                                                Baltimore City Law Department
                                                Office of Legal Affairs
                                                100 N. Holliday Street, Room 101
                                                Baltimore, Maryland 21202
                                                T: (410) 396-2495
                                                F: (410) 396-2126

                                                *Attorneys for Baltimore Police Department*