IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ALFRED CHESTNUT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD KINCAID, *et al.*,<br><br>Defendants. | Civil Action No. LKG-20-2342 |

## [AMENDED PROPOSED] ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Leave to Depose Incarcerated Individual ("Plaintiffs' Motion"), it is this _____ day of _____, 2021 hereby:

**ORDERED** that Plaintiffs' Motion is **GRANTED**; it is further

**ORDERED** that Plaintiffs are granted leave to depose Edward Capers, currently incarcerated at Maryland Correctional Training Center; and it further

**ORDERED** that, per Federal Rule of Civil Procedure 30(b)(3)(A), testimony may be recorded by audio, audiovisual, or stenographic means.

                                                                                   _____
                                                                                   Lydia Kay Griggsby
                                                                                   United States District Judge