


**Avi Kamionski**
*Partner*
akamionski@nklawllp.com
T: (312) 612-1928
F: (312) 448-6099

October 25, 2021

**VIA ELECTRONIC COURT FILING**
The Hon. A. David Copperthite
United States District Court for the District of Maryland
101 West Lombard Street, 8B
Baltimore, Maryland 21201

**Re: Alfred Chestnut, et al. v. Donald Kincaid, et al.**
**Civil Action No. LKG-20-2342**

Dear Judge Copperthite:

Pursuant to your Letter Order of August 9, 2021 (ECF 52), we write regarding two discovery disputes that Plaintiffs and the Individual Officer Defendants ("Individual Defendants") have been unable to resolve despite good-faith efforts to do so.

First, there is a dispute regarding Plaintiffs' previously scheduled depositions of Edward Capers on November 1, 2021, and Ron Bishop on November 3, 2021. Plaintiffs wish to proceed with the depositions as scheduled. Individual Defendants object to proceeding with these depositions because they have not yet received all of the records requested from third parties. The parties met and conferred by telephone regarding this dispute on October 25, 2021, but have reached an impasse.

Second, there is a related dispute concerning Individual Defendants' desire to seek an extension to the current fact discovery deadline. Plaintiffs object to any extension of the current discovery deadline. The parties met and conferred by telephone regarding this dispute on October 25, 2021, but have reached an impasse.

Plaintiffs and the Individual Defendants will set out their respective positions in submissions, to be filed within 24 hours of this letter.

Respectfully,

/s/
Avi T. Kamionski, Bar No. 20703
Shneur Nathan, Bar No. 20707
Michael J. Elliker, Bar No. 20810
Nathan & Kamionski LLP
575 S. Charles Street Suite 402
Baltimore, MD 21201

NATHAN & KAMIONSKI LLP

T: (312) 612-1928
snathan@nklawllp.com
akamionski@nklawllp.com
mengelsberg@nklawllp.com
melliker@nklawllp.com

*Attorneys for Individual Defendants*

/s/
Kobie A. Flowers (Bar No. 16511)
kflowers@browngold.com
Andrew D. Freeman (Bar No. 03867)
adf@browngold.com
Neel K. Lalchandani (Bar No. 20291)
nlalchandani@browngold.com
Chelsea J. Crawford (Bar No. 19155)
ccrawford@browngold.com
Anthony J. May (Bar No. 20301)
amay@browngold.com
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel: (410) 962-1030
Fax: (410) 385-0869

/s/
Larry A. Nathans (Bar No. 03023)
nathans@nathanslaw.com
Booth M. Ripke (Bar No. 25764)
bripke@nathanslaw.com
Nathans & Biddle LLP
120 E. Baltimore Street, Suite 1800
Baltimore, Maryland 21202
Tel: (410) 783-0272
Fax: (410) 783-0518

*Attorneys for Plaintiffs Alfred Chestnut, Andrew Stewart, Jr., and Ransom Watkins*