

November 3, 2021

**BY ECF**
The Hon. A. David Copperthite
United States District Court for the District of Maryland
101 West Lombard Street, 8B
Baltimore, Maryland 21201

  Re: *Alfred Chestnut, et al. v. Donald Kincaid, et al.*
     Civil Action No. LKG-20-2342

Dear Judge Copperthite:

  Pursuant to your Letter Order of August 9, 2021 (ECF 52), we write regarding a discovery dispute that Plaintiffs and the Baltimore Police Department ("BPD") have been unable to resolve despite good-faith efforts to do so.

  Plaintiffs served a written discovery request on BPD requesting that it produce "true and correct copies of all BPD files regarding investigations of homicides occurring between 1980 and 1983, in which Defendant Donald Kincaid was the lead BPD homicide detective." BPD has objected to producing such records. The parties met and conferred by telephone on October 19, 2021, but have been unable to resolve their dispute.

  Plaintiffs and BPD will set out their respective positions in submissions, to be filed within 24 hours of this letter. Individual Defendant Officers join BPD's objections and will join BPD's submission.

              Respectfully,

              /s/
              Kobie A. Flowers (Bar No. 16511)
              kflowers@browngold.com
              Andrew D. Freeman (Bar No. 03867)
              adf@browngold.com
              Neel K. Lalchandani (Bar No. 20291)
              nlalchandani@browngold.com
              Chelsea J. Crawford (Bar No. 19155)
              ccrawford@browngold.com
              Anthony J. May (Bar No. 20301)
              amay@browngold.com
              Brown, Goldstein & Levy, LLP
              120 E. Baltimore Street, Suite 2500

Baltimore, Maryland 21202
Tel: (410) 962-1030
Fax: (410) 385-0869

     /s/
Larry A. Nathans (Bar No. 03023)
nathans@nathanslaw.com
Booth M. Ripke (Bar No. 25764)
bripke@nathanslaw.com
Nathans & Biddle LLP
120 E. Baltimore Street, Suite 1800
Baltimore, Maryland 21202
Tel: (410) 783-0272
Fax: (410) 783-0518

*Attorneys for Plaintiffs Alfred Chestnut,
Andrew Stewart, Jr., and Ransom Watkins*

     /s/
Avi T. Kamionski, Bar No. 20703
Shneur Nathan, Bar No. 20707
Mayer Engelsberg Bar No. 21105
Michael J. Elliker, Bar No. 20810
Nathan & Kamionski LLP
575 S. Charles Street Suite 402
Baltimore, MD 21201
T: (312) 612-1928
snathan@nklawllp.com
akamionski@nklawllp.com
mengelsberg@nklawllp.com
melliker@nklawllp.com

*Attorneys for Individual Defendants*

     /s/
Kyle A. Ashe (Bar No. 21551)
Natalie R. Amato (Bar No. 20749)
Justin S. Conroy (Bar No. 28480)
Kara K. Lynch (Bar No. 29351)
Baltimore City Law Department
Office of Legal Affairs
100 N. Holliday Street, Room 101

Baltimore, Maryland 21202
T: (410) 396-2495/F: (410) 396-2126
natalie.amato@baltimorecity.gov
justin.conroy@baltimorepolice.org
kara.lynch@baltimorepolice.org
kyle.ashe@baltimorepolice.org

*Attorneys for Baltimore Police Department*