IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALFRED CHESTNUT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. LKG-20-2342 |
| | ) |
| DONALD KINCAID, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### [PROPOSED] ORDER

Upon consideration of Individual Defendants Motion for *In Camera* Review of Records Redacted by the State's Attorney's Office, and the State's Attorney's Office for Baltimore City's response, if any, it is this 10th day of November, 2021:

It is so **ORDERED** that the aforementioned Motion for *In Camera* Review of Records Redacted by the State's Attorney's Office is **GRANTED**; and it is further **ORDERED** that the State's Attorney's Office for Baltimore City ("SAO") shall submit an unredacted copy of the redacted file previously produced as "CIU Internal Memo_redacted for work product" for *in camera* review, no later than November 19, 2021.

A. David Copperthite
United States Magistrate Judge