IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALFRED CHESTNUT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. LKG-20-2342 |
| | ) |
| DONALD KINCAID, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CERTIFICATE OF DISCOVERY CONFERENCE**

At 10:00 AM, on December 15, 2021, Mayer Engelsberg, counsel for Individual Defendants, and Chad Bowman and Joe Slaughter, counsel for The New Yorker, held a discovery conference via telephone and attempted to resolve the parties' discovery dispute.

The parties were unable to resolve their dispute and the Individual Defendants therefore submit the following issues to the Court for resolution: 1) The New Yorker's refusal to produce a privilege log for records responsive to subpoena, withheld on the basis of privilege, 2) The New Yorker's refusal to produce records responsive to subpoena.

Date: December 22, 2021               Respectfully submitted,

/s/ *Mayer Engelsberg*
Shneur Nathan, Bar No. 20707
Avi T. Kamionski, Bar No. 20703
Mayer Engelsberg Bar No. 21105
Michael J. Elliker Bar No. 20810
NATHAN & KAMIONSKI LLP
575 S. Charles Street Suite 402
Baltimore, MD 21201
(312) 612-1928
(312) 448-6099
akamionski@nklawllp.com

snathan@nklawllp.com
mengelsberg@nklawllp.com
melliker@nklawllp.com

*Attorneys for Donald Kincaid, Bryn Joyce, & John Barrick*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 22, 2021, I caused the foregoing document to be electronically filed with the Court's CM/ECF system, which will send an electronic copy of the same to all counsel of record, and that I served a copy of the same on counsel for Conde Nast Entertainment and The New Yorker, Advance Magazine Publishers Inc. via email.

                                                     /s/ Mayer Engelsberg