**Gonnerman, Jennifer** <jennifer_gonnerman@newyorker.c    Thu, Jun 17 at 6:22 AM
To: ron bishop

Mr. Bishop --

Thank you so much for the chance to spend yesterday with you. I was so glad to get the chance to finally meet you in person--and I was just so grateful for the chance to see your old school, Sandtown, and the courthouse with you. Thank you for making the time to show me around! I really appreciated it.

I've got lots of notes to sort through over here but will be back in touch before long with more questions. Hope you enjoy your day off today.

Take care,
Jen

Jennifer Gonnerman
Staff Writer
**The New Yorker**
347-221-1107
jennifer_gonnerman@newyorker.com

Reply, Reply All or Forward

NK DEF 019194