| Document Type | Date of Document | Author/From | Recipient | Privilege Basis | Subject of Document |
|---|---|---|---|---|---|
| Email | 3/20/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 3/21/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 4/7/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding case theory |
| Email | 4/7/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding case theory |
| Email | 4/16/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 5/9/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 5/31/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 6/16/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 6/21/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 7/12/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding Mike McGee |
| Email | 7/12/2018 | Mike McGee | Chad Curlett | Work Product | Email regarding Mike McGee |
| Email | 7/28/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 7/28/2018 | Mike McGee | Chad Curlett | Work Product | Email regarding progress of case |
| Email | 7/28/2018 | Mike McGee | Chad Curlett | Work Product | Email regarding progress of case |
| Email | 8/6/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 8/9/2018 | Mike McGee | Chad Curlett | Work Product | Email regarding progress of case |
| Email | 8/29/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 8/29/2018 | Mike McGee | Chad Curlett | Work Product | Email regarding progress of case |
| Email | 9/14/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding case theory |
| Email | 9/14/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding case theory |
| Email | 9/16/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 9/16/2018 | Angela McKnight | Chad Curlett | Attorney Client; Work Product | Email regarding progress of case |
| Email | 9/16/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 9/17/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 9/18/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 9/18/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 10/8/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 10/10/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding case theory |
| Email | 10/24/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |

| | | | | | |
|---|---|---|---|---|---|
| Email | 10/25/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding witness interview |
| Email | 10/25/2018 | Mike McGee | Chad Curlett | Work Product | Email regarding witness interview |
| Document | 10/29/2018 | Mike McGee | Chad Curlett | Work Product | Notes regarding witness interview |
| Email | 11/18/2018 | Mike McGee | Angela McKnight; Chad Curlett | Work Product | Email regarding progress of case |
| Email | 11/19/2018 | Mike McGee | Chad Curlett | Work Product | Email regarding progress of case |
| Email | 11/27/2018 | Mike McGee | Chad Curlett | Work Product | Email regarding progress of case |
| Email | 12/10/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 12/20/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 12/21/2018 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Email | 11/26/2019 | Angela McKnight | Chad Curlett | Attorney Client | Email regarding progress of case |
| Document | *passim* | Chad Curlett | | Work Product | Notes regarding underlying case |
| Document | 7/27/18 | Mike McGee | | Work Product | Document regarding witness |
| Document | 7/27/18 | Mike McGee | | Work Product | Document regarding witness |
| Letter | 12/6/18 | Mike McGee | Chief of Security MTC | Work Product | Letter regarding progress of case |
| Document | 3/6/19 | Courtside Investigations | Angela McKnight; Alfred Chestnut | Work Product | Document regarding progress of case |
| Email | 3/6/19 | Chad Curlett | Mike McGee | Attorney Client | Email regarding progress of case |
| Email | 7/1/18 | Chad Curlett | Mike McGee | Attorney Client | Email regarding progress of case |
| Document | 7/27/18 | Mike McGee | | Work Product | Document regarding witness |
| Document | 11/18/18 | Mike McGee | | Work Product | Document regarding witness |
| Document | 7/27/18 | Mike McGee | | Work Product | Document regarding witness |
| Document | | Mike McGee | | Work Product | Trial transcript |
| Document | | Mike Mcgee | | Work Product | Trial transcript |
| Document | 7/27/18 | Mike McGee | | Work Product | Document regarding witness |
| Document | 8/2/18 | Mike McGee | | Work Product | Document regarding witness |

NK DEF 016374

| Document | 8/2/18 | Mike McGee | | Work Product | Document regarding witness |
|---|---|---|---|---|---|
| Document | | Mike McGee | | Work Product | Trial transcript |
| Document | | Mike Mcgee | | Work Product | Trial transcript |
| Document | 7/28/2018 | Mike McGee | | Work Product | Document regarding witness |

NK DEF 016375

NK DEF 016376