IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALFRED CHESTNUT, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | 20-CV-02342-LKG |
| DONALD KINCAID, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

[PROPOSED] ORDER

Having considered Defendants Donald Kincaid, John Barrick, and Bryn Joyce's ("Defendants") Consent Motion For Leave To Disclose Confidential Records Cited In Their Motion, it is, on this 6th day of January 2022, hereby:

ORDERED that Defendants' Motion is GRANTED.

_____
A. David Copperthite
United States Magistrate Judge