75-85

2 of 10

IN THE CIRCUIT COURT FOR BALTIMORE CITY

STATE OF MARYLAND

    Plaintiff

    -vs-                      Indictment Nos:

ALFRED CHESTNUT,            18335414, 18335415,
RANSOM L. WATKINS, and     18335416, 18335417,
ANDREW L. STEWART, JR.     18335418, 18335419

    Defendants

REPORTER'S OFFICIAL TRANSCRIPT OF PROCEEDINGS

VOLUME II

BALTIMORE, MARYLAND

MAY 3, 1984

BEFORE:

    HONORABLE ROBERT M. BELL, JUDGE

APPEARANCES:

    JONATHAN SHOUP, Assistant State's Attorney
      On behalf of the State

    BARRY DIAMOND, ESQUIRE
      On behalf of Defendant Alfred Chestnut

    RICHARD T. CREMIN, ESQUIRE
      On behalf of Defendant Ransom L. Watkins

    STEPHEN A. SUSER, ESQUIRE
      On behalf of Defendant Andrew L. Stewart, Jr.

Reported by:
Kenneth Norris, RPR
Official Court Reporter
507 Courthouse - West
Baltimore, MD 21202

T A B L E   O F   C O N T E N T S

| STATE'S WITNESSES | DIRECT | CROSS | CROSS | CROSS | RECROSS |
|---|---|---|---|---|---|
| RONALD BISHOP | 23 | 126 | 149 | 155 | 165 |
|  | RECROSS | RECROSS |  |  |  |
|  | 168 | 171 |  |  |  |
|  | DIRECT |  |  |  |  |
| LORETTA M. SMITH | 106 |  |  |  |  |

| DEFENDANTS' WITNESSES | DIRECT | CROSS | CROSS |
|---|---|---|---|
| MARY ANN BERLIN | 102 | 104 | 105 |

NK DEF 007394

done.  This is not a question of us holding something back.  They have her address.

  THE COURT:  I am not suggesting any of that.  She is a witness.  If she is required to be here, she has to be here and she can say anything she wants with regard to speaking to them or not.

  Are we ready to go?

  MR. SHOUP:  Yes.

  THE COURT:  Next witness, gentlemen.

  MR. SUSER:  Ron Bishop.

  MR. SHOUP:  Judge, I told the Police Department to have them both here.

  THE COURT:  Fine.

  THE CLERK:  Raise your right hand, please.

WHEREUPON --

  RONALD BISHOP,

after having first been duly sworn to tell the truth, the whole truth and nothing but the truth, was examined and testified as follows:

  THE CLERK:  You may be seated.

  State your name and home address for the record.

  THE WITNESS:  Ronald Bishop, 568 West Presstman Street.

DIRECT EXAMINATION BY MR. SUSER:

A  Yes.

Q  The second time you were shown photographs, did you testify it was on a Monday, do you remember that?

A  Yes.

Q  You also stated for Mr. Suser that you were shown a group of black and white photographs as well as color photographs; do you remember that?

A  No.

Q  Do you remember saying some of the photographs you were shown -- listen to my question -- on these different occasions, some were black and white, some were color?

A  In my testimony?

Q  Earlier.

A  Yes.

Q  Do you remember a group of photographs Detective Kincaid showed you at your home on Monday that were black and white?  Do you remember that, sir?

A  No.

Q  Do you remember there is a different group of photographs than these?  Do you remember that?

A  Can you repeat that?

Q  Do you remember that there was a different group of photographs that were shown to you on Monday besides these.  Do you remember that, sir?

NK DEF 007556

A   Yes.

Q   You do.

Were those black and white or color?

A   I don't remember.

Q   Now, when you looked at that second group of photographs, did you pick out any photographs out of that second group?

A   No.

Q   Listen to my question carefully: When you were at your home on Monday, do you remember the name of Michael Willis? Does that refresh your recollection?

A   Yes.

Q   Did you pick out a photograph of Michael Willis on Monday from a group of photographs given to you by Detective Kincaid? Do you remember doing that?

A   Yes.

Q   What did the detective, Detective Kincaid, say to you before he handed you those photographs?

A   He asked me did he have anything to do with it.

Q   Did he have anything to do with it?

A   Yes.

Q   Did he hand you a group of photographs -- he didn't just hand you Michael Willis' photograph, did he?

A   No.

NK DEF 007557

Q   He handed you a group?

A   Yes.

Q   Did he ask you for you to pick out Michael Willis?

A   No.

Q   Did you pick out Michael Willis' photograph as someone you recognized?

A   Yes.

Q   After you picked out the photograph, did Detective Kincaid ask you any questions concerning Michael Willis?

A   Yes.

Q   Did he ask you whether he had anything to do with the murder?

A   Yes.

Q   What did you say?

A   No.

Q   Was that a different group of photographs than these, do you remember?

A   I don't remember.

Q   Do you remember whether they were black and white or color?

A   No.

Q   Now, on November 23rd you were shown these photographs again; isn't that what you testified to; is that

NK DEF 007558