```
STATE OF MARYLAND             :        IN THE

vs.                           :        CIRCUIT COURT
                              :
                              :        OF
ALFRED CHESTNUT               :
RANSOM L. WATKINS             :        BALTIMORE CITY
ANDREW L. STEWART             :
IND. 18335414 thru 17         :        PART 4
                              :
```

                                    May 22, 1984

Before Hon. Robert Bell, J., And a Jury

Appearances:

    Jonathan Shoup, Esq., Assistant State's Attorney

        On behalf of the State

    Barry Diamond, Esq.,

        On behalf of Alfred Chestnut

    Richard Cremin, Esq.,

        On behalf of Ransom Watkins

    Steven Suser, Esq.,

        On behalf of Andrew Stewart.

Reported by:

Yale J. Aarons

NK DEF 008750

| STATE WITNESSES | DIRECT | CROSS | RED. | REC. |
|---|---|---|---|---|
| JOHN CALDWELL | | | 3 | |
|    Suser | | | | 13 |
|    Cremin | | | | 20 |
|    Diamond | | | | 29 |
| LORETTA SMITH | 31 | – | | |
| RON BISHOP | 36 | | 136 | |
|    Suser | | 60 | | 146 |
|    Cremin | | 76 | | |
|    Diamond | | 110 | | |
| JOHN L. FRENCH | 153 | | | |
|    Cremin | | 165 | | |
|    Diamond | | 168 | | |

State's Exh. 9-A ( Photo of Hallway )                    157
        B-H-I ( Photof of Hallway                159
        E     ( Photo of Hallway _              163
        D-G-C-F ( Photos )                      164

| STATE WITNESSES | DIRECT | CROSS | RED. | REC. |
|---|---|---|---|---|

NK DEF 008751

Harlem Park.

MR. SHOUP: What was his emotional state when you talked to him at the police station on the 23rd?

A   He was very scared. He was crying and very nervous.

Q   I have no other questions of Mrs. Smith.

THE COURT: Mr. Suser?

MR. SUSER: I have no questions.

THE COURT: Mr. Cremin?

MR. CREMIN: I have no questions.

THE COURT: Mr. Diamond?

MR. DIAMOND: No questions, Your Honor.

THE COURT: You may step down. Do not discuss your testimony with anyone when you leave the Courtroom.

MR. SHOUP: The State will call Ron Bishop.

RON BISHOP,
called for examination by the State, having first been duly sworn according to law, was examined and testified as follows.

THE CLERK: State your name and your present address.

A   Ron Bishop. 568 Presstman Street.

NK DEF 008785

you felt about these three individuals or about the murder?

   MR. CREMIN: Objection.

   THE COURT: Wait a minute. If I'm not mistaken that's been asked and answered. Sustained.

   MR. SHOUP: After you talked with Detective Kinkaid, did Detective Kinkaid say to you anything about these three individuals?

   MR. CREMIN: Objection.

   MR. DIAMOND: Objection.

   MR. SHOUP: Just yes or no.

   THE COURT: Overruled.

A  Yes.

   MR. SHOUP: After he talked to you about these three individuals is that when you gave the statement?

A  No.

Q  Was it in the course of the interview you talked with Detective Kinkaid on the 23rd?

A  Yes.

Q  After the 23rd did you go home?

A  Yes.

Q  Now on the 22nd of November were you shown any other photographs?

A  No.

Q  On the 22nd of November.

A  Oh yes, yes.

NK DEF 008806

Q    Listen to my question, whoever brought those photographs to you, was it at your home or in an office or at the police station?

A    At home.

Q    Did you identify any photographs at that time?

A    No.

Q    Either time that you were shown photographs, did you pick out a photograph?

A    Yes.

Q    Whose photograph did you pick out?

A    Michael Willis.

Q    Why did you pick out Michael Willis' photograph?

A    I know him from around the neighborhood.

Q    Did he have anything to do with the murder of Dewitt Duckett?

A    No.

Q    Was he with Alfred Chestnut, Ransom Watkins and Andrew Stewart?

A    No.

Q    When they committed the murder of Dewitt Duckett.

MR. CREMIN: Objection.

THE COURT: Overruled.

A    No.

MR. SHOUP: No other questions of Mr. Bishop at this time.