23 November 1983

TO: Captain Joseph H. Cooke
Commanding Officer
Crimes Against Persons Section

FROM: Detective Donald Kincaid
Detective William Lansey
Homicide Unit

SUBJECT: Homicide/Shooting
Dewitt Duckett, B/M/5-28-69
716 N. Mount Street
Occ: 18 November 1983 @ 1325 hours
1500 blk. Harlem Avenue
Harlem Park Jr. High School
2nd floor, C-Level
CC#7K-33548, H-7253

SIR:

The following investigation has been conducted into the above noted incident. The witnesses were interviewed and statements were secured. Through these witnesses suspects were developed and photographs were shown to the eye witnesses to the murder. As of this writing the witnesses were unable to identify any of the suspects named.

Miss Shirley Woodard, B/F/32, 3605 Gwynn Oak Avenue, phone 578-8163, a school teacher at Harlem Park Jr. High School, observed several boys in the school that did not attend the school. The following people were picked up, interviewed and photographs were shown to the eye witnesses with negative results.

    1. Ransom Lasalle Watkins
       B/M/16, DOB 05/14/67
       637 N. Calhoun Street
       Phone #728-6062

    2. Alfred Alexander Chestnut
       B/M/16, DOB 09/19/67
       1117 N. Mount Street
       Phone #225-3048

    3. Craig Darrell Cox
       B/M/19, DOB 01/06/64
       1307 Harlem Avenue
       Phone #523-5443

NK DEF 006997

4. Jimmie Franklin Watkins
   B/M/21, DOB 07/26/62
   637 N. Calhoun Street
   Phone #728-6062

5. Arnold Dow
   B/M/15, DOB 02/26/68
   644 N. Carey Street
   Phone #669-5489

6. Curtis Dow
   B/M/16, DOB 12/15/66
   644 N. Carey Street
   Phone #669-5489

7. Andrew Lee Stewart, Jr.
   B/M/16, DOB 02/06/67
   1710 W. Lafayette Avenue
   No Phone

Mr. Bobby Hill, B/M/23, of 11 N. Carlton Avenue, no home phone, a Guardian Angel, stated on the night of the murder he telephoned the Homicide Office and requested a meeting with the detectives assigned to the investigation. Mr. Hill was met and he stated that he was told that one Walter Jones, B/M/16-18, no further description, nickname of Shorty, was responsible for the shooting. Mr. Hill at first didn't want to disclose his source of information at that time. A complete follow up was conducted to obtain the identity of Walter Jones. Central Records and Western District Juvenile files were checked with negative results. On Saturday, 19 November 1983, Mr. Hill was located and he identified his source as being Robert Leon Taylor, B/M/18, DOB 7-14-65, of 121 N. Fulton Avenue, phone 233-4620.

Mr. Taylor was located and interviewed by Det. Sgt. John Barrick and Det. Donald Kincaid. He stated that he did not know anything about the homicide and he just made up the name of Walter Jones so he could look good as he wants to become a Guardian Angel.

Michael Harris, no further description, made a phone call to the Homicide Office and stated that Kenneth Johnson, B/M/25, of 4 S. Payson Street, did the shooting. The caller, Michael Harris, further stated that he witnessed Kenneth Johnson shoot the victim. Mr. Harris stated that he lived at 1309 Slater Rd., Cherry Hill. Det. Kincaid and Sgt. Barrick responded

NK DEF 006998

to 1309 Slater Rd. and learned that no Michael Harris resided there. Mrs. Reba Washington stated that she has lived at that address since 1973 and she does not know any Michael Harris.

Mr. Howard Lee Langston, B/M/37, of 506 Roberts Street, Phone 669-4558, stated on the evening of the murder, he overheard two young black females say that they thought "Brian" was involved in the shooting at the school. Mr. Langston does not know either of the females and has never seen them before. The conversation between these two girls took place on the sidewalk in front of Mr. Langston's home. Mr. Langston further reported that he has a nephew by the name of Brian Goodwyn, B/M/15, 1927 Division St. He felt that the girls were talking about his nephew.

There were no pictures on file for Brian Goodwyn and he could not be located that night. The eye witness, Ron Bishop, was contacted and he stated that he personally knew Brian Goodwyn and that Brian is not involved in this homicide.

Lt. Bennett, Western District, contacted the Homicide Office and spoke to Det. Donald Kincaid. Lt. Bennett reported that he received an anonymous phone call at the Western District. The caller sounded like a young black female. She stated that Michael Willis, B/M/18, did the shooting at Harlem Park Jr. High School. Central Records was checked and a Michael Gerald Willis, B/M/6-30-65, B of I #324-124, 5'7", 130 lbs., of 2118 Druid Hill Avenue, was on file.

A group of B of I photographs containing that of Michael G. Willis were put together and shown to the eye witnesses. The witness, Ron Bishop stated he personally knew Michael G. Willis and that he is not involved in the homicide.

Det. Sgt. Jay Landsman and Det. John Tewey while working the 12 x 8 shift, received an anonymous phone call where the caller again identified Michael Willis as the shooter. Sgt. Landsman and Det. Tewey were able to get the caller to say what phone booth he was calling from. They kept the caller on the phone until a marked unit responded and picked up the caller on Pennsylvania Ave. in front of Shake and Bake. The caller was identified as Brian Keith Moody, B/M/13, 523 W. Hoffman St., phone 523-8261.

NK DEF 006999

Mr. Moody was interviewed by Det. John Tewey and a statement was secured from him. He stated that his sister, Theresa Moody, B/F/18, 523 W. Hoffman St., told him that Sharon Toon, B/F/15, of 1428 Presstman St. told her that Michael Willis killed a boy named Dewitt Duckett down at Harlem Park Jr. High and took the Georgetown jacket and wore the jacket to the skating rink at Shake and Bake on Friday night.

Theresa LaWonne Moody, B/F/18, DOB 5-26-65, of 523 W. Hoffman St., phone 523-8261 was interviewed by Det. Kincaid and Det. Lansey. She denied saying that Sharon told her that Michael Willis killed Dewitt Duckett. She did admit to telling Brian that Sharon told her that she (Sharon) was at the Harlem Park Jr. High School with Michael Willis and when the police responded to the shooting call, Michael Willis had a gun and threw the gun down and ran away with some other boys.

An appointment was set up to interview Sharon Toon on 22 November 1983 at 2000 hours when the investigation was centered on the following information.

Mrs. Susie White, B/F/50, 3518 Spaulding Avenue, 1st floor, no phone, called the Homicide Office at approximately 1900 hours on 22 November 1983 and spoke to Det. James Ozazewski. She reported to Det. Ozazewski that her grandmother had information on the school murder. On 22 November 1983 at 1915 hours, Mrs. White was interviewed by Det. Kincaid and Det. Lansey. She stated that her granddaughter, Theresa Ann Gale, B/F/14, 841 N. Fremont Avenue, third floor, no phone, told her that she knew who was involved in the killing at the school. At 2000 hours, 22 November 1983, Theresa Ann Gale was picked up and transported to the Homicide Office. She stated that on Friday night, the same day of the murder, she had a conversation with one Richard Owens, B/M/16, 923 N. Stricker St., phone 669-3084, who told her that he knew who killed his buddy, Dewitt. He didn't elaborate on how he knew who killed Dewitt. He did name Michael Washington, B/M/17-18, 1453 N. Carey St., Andre, B/M/17, 752 Dolphin St., "Little Mike", B/M, no further description, and Lewis, B/M, no further description as the persons responsible.

A group of 3 of I photographs containing that of Michael Washington was put together and shown to eye witnesses Ron Bishop and John Caldwell with negative results. Both Bishop and Caldwell knew Washington from the neighborhood and stated he was not involved in the shooting of Dewitt Duckett.

NK DEF 007000

Charles E. Roberts, B/M/17, 1603 W. Mulberry St., phone 624-5177, and Barry J. Williams, B/M/16, 2945 Allendale Rd., phone 367-4456, both named Irroll Myron Glascoe, B/M/16, DOB 2-20-67, 3615 Springdale Ave., phone 542-8618, as possibly being involved in this homicide. They stated that they saw Irroll on the afternoon of the murder around 3:00 p.m. in front of Walbrook Sr. High School. Irroll was acting very nervous and kept saying he was in trouble. He stated, "Man, man, I got to get away. I made a mistake. Watch the news when you go home. You're going to hear about a nigger getting caped at Harlem Park Jr. High." He kept saying, "Watch the news."

Irroll M. Glascoe was interviewed by Detective Donald Kincaid and Detective William Lansey. He stated that he did not make any statements to Barry and Charles about being involved in the murder. He stated that Barry and he are always having difficulties between each other and that Barry would not hesitate to lie on him. Irroll furnished the name of Michelle Davis, B/F/18, 3309 Edmondson Ave., phone 566-2829 as an alibi for him. He stated that he went to Michelle's house at 10:00 a.m. on the day of the murder and stayed at her house until 2:30 p.m. When he left he went to Walbrook Sr. High School. He stated he called his friend, Lamont Foster, B/M/16, 1605 Booker Ct., 669-7196. When he called Lamont's house, he spoke to Lamont's cousin, he only knows as "Bird". She told him about the shooting at the school.

Efforts are being made to contact Michelle Davis to corroborate Irroll Glascoe's statement.

On 23 November 1983 at approximately 0700 hours, Officer Munyan of the Western District received a call over police radio that the suspects wanted for the Harlem Park School murder were at Fulton Avenue and Lanvale Street. The subjects were picked up and transported to the Western District and then to the Homicide Office. They were identified as Melvin E. Griffin, B/M/17, DOB 10-30-66, 2307 Harmon Avenue, and Raymond F. Aske, Jr., B/M/19, DOB 11-17-64, 1802 Rayner Ave. Both Griffin and Aske denied being involved in this murder. Polaroid photographs were taken of Aske and Griffin and will be shown to the witnesses.

NK DEF 007001

The following persons were arrested on 22 November 1983 for Armed Robbery of a gray puff leather jacket which occurred in the 2900 block Greenmount Ave. They were arrested by the Northern District and transported to the Homicide Office. Both subjects were interviewed and furnished alibis on where they were on the day of the murder. Polaroid photographs were taken of both subjects and will be shown to the witnesses.

1. Ronald Levi Smith
   B/M/17, DOB 02/21/66
   439 E. 27th Street

2. Donald E. Smith
   B/M/16, DOB 03/21/67
   2706 Greenmount Avenue
   Phone #366-6578

Investigation continuing.

Respectfully,

Detective Donald Kincaid

Detective William Larsen
Homicide Unit

Field Supervisor:

Det. Sgt. John Barrick
Homicide Unit

/kgc

NK DEF 007002