

February 1, 2022

**BY ECF**
The Hon. A. David Copperthite
United States District Court for the District of Maryland
101 West Lombard Street, 8B
Baltimore, Maryland 21201

      Re:    *Alfred Chestnut, et al. v. Donald Kincaid, et al.*
               Civil Action No. LKG-20-2342

Dear Judge Copperthite:

      In accordance with your January 31, 2022, Order (ECF No. 114), Plaintiffs and the Individual Officer Defendants ("Individual Defendants") write regarding a discovery dispute that they have been unable to resolve despite good-faith efforts to do so.

      On January 26, 2022, the Individual Defendants served on Plaintiffs a notice of three records subpoenas seeking records related to third-party witness, Ron Bishop. Plaintiffs object to these subpoenas and seek to limit production of Mr. Bishop's records pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. The Individual Defendants disagree with Plaintiffs' objections. The parties met and conferred by telephone on January 27 and January 31 but have been unable to resolve their dispute.

      Plaintiffs and the Individual Defendants will set out their respective positions in submissions, to be filed within 24 hours of this letter.

      Respectfully,

      /s/
Kobie A. Flowers (Bar No. 16511)
kflowers@browngold.com
Andrew D. Freeman (Bar No. 03867)
adf@browngold.com
Neel K. Lalchandani (Bar No. 20291)
nlalchandani@browngold.com
Chelsea J. Crawford (Bar No. 19155)
ccrawford@browngold.com
Anthony J. May (Bar No. 20301)
amay@browngold.com
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel: (410) 962-1030
Fax: (410) 385-0869

       /s/
Larry A. Nathans (Bar No. 03023)
nathans@nathanslaw.com
Booth M. Ripke (Bar No. 25764)
bripke@nathanslaw.com
Nathans & Biddle LLP
120 E. Baltimore Street, Suite 1800
Baltimore, Maryland 21202
Tel: (410) 783-0272
Fax: (410) 783-0518

*Attorneys for Plaintiffs Alfred Chestnut, Andrew Stewart, Jr., and Ransom Watkins*

       /s/
Avi T. Kamionski, Bar No. 20703
Shneur Nathan, Bar No. 20707
Mayer Engelsberg Bar No. 21105
Michael J. Elliker, Bar No. 20810
Nathan & Kamionski LLP
575 S. Charles Street Suite 402
Baltimore, MD 21201
T: (312) 612-1928
snathan@nklawllp.com
akamionski@nklawllp.com
mengelsberg@nklawllp.com
melliker@nklawllp.com

*Attorneys for Individual Defendants*