IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALFRED CHESTNUT, et al., | ) <br> ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )   20-CV-02342-LKG <br> ) |
| DONALD KINCAID, et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

**DEFENDANTS' PETITION FOR RULE TO SHOW CAUSE FOR
JOHN CALDWELL'S FAILURE TO COMPLY WITH SUBPOENA**

Defendants, Donald Kincaid, Bryn Joyce, and John Barrick (hereinafter the "Individual Defendants"), by and through their attorneys, Nathan & Kamionski LLP, and pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby move this Court for an order to show cause why witness John Caldwell ("Caldwell") should not be held in contempt of Court for failure to comply with a subpoena issued to him to testify at a deposition. In support of their motion, Individual Defendants respectfully state as follows.

1. Plaintiffs, Alfred Chestnut, Ransom Watkins, and Andrew Stewart, initiated this litigation by alleging that the Baltimore Police Department and Individual Defendants violated their civil rights during their investigation of the November 18, 1983, murder of Dewitt Duckett. On that date and in the days that followed, Detective Kincaid interviewed then, 15-year-old John Caldwell regarding the murder. *See* Exhibit 1. BPD Office Reports (NK DEF 006995 and NK DEF 007000).

1

2. On November 23, 1983, Caldwell identified the Plaintiffs as the individuals responsible for Dewitt Duckett's death and later testified in front of the Grand Jury and at Trial in accordance with the identifications he made. *See* Exhibit 2, excerpts of Caldwell Grand Jury and Trial Testimony (NK DEF 019370-019385; NK DEF 008668-70).

3. On January 20, 2022, Mr. Caldwell was served by Individual Defendants' Counsel's non-attorney agent with a subpoena for a deposition to take place via zoom at the offices of undersigned counsel on February 1, 2022, at 10:00 a.m. *See* Exhibit 3, Caldwell deposition Subpoena and Proof of Service.

4. On February 1, 2022, Mr. Caldwell appeared, on time, for the deposition but began to fall asleep shortly after Individual Defendants' examination began. *See* Exhibit 4, Transcript of Caldwell Deposition 19:2-20:15.

5. Mr. Caldwell informed the parties that he had not slept in two or three days. Ex. 4 11:19-12:4.

6. The parties agreed that the deposition should be suspended until the following morning at 10:00 a.m. at the same location so that Mr. Caldwell could get some rest. Ex. 4 19:17-22:5.

7. Mr. Caldwell confirmed the time and location of the deposition before departing.

8. On February 2, 2022, counsel for Plaintiff, undersigned counsel and a court reporter again appeared at the designated time for the continuation of Mr. Caldwell's deposition. However, Mr. Caldwell failed to appear. The parties waited approximately an hour and made several attempts to contact Mr. Caldwell to determine the reason for his absence. *See* Ex. 5, Statement on the Record 4:7-7:6.

9. To date, Mr. Caldwell has not returned any of undersigned counsel's phone calls regarding his absence.

10. This Court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." Fed. R. Civ. P. 45(g).

11. Therefore, Defendants seek a rule to show cause against Mr. Caldwell for his failure to appear for the continuation of his deposition scheduled on February 2, 2022.

WHEREFORE, Defendants request that this Court enter an order to show cause why John Caldwell should not be held in contempt of court for his failure to comply with the subpoena issued to appear at his deposition, and for such other relief as this Court may deem appropriate.

DATE: February 18, 2022

                        Respectfully Submitted,

                        */s/ Mayer Engelsberg*
Mayer Engelsberg Bar No. 21105
Avi T. Kamionski, Bar No. 20703
Shneur Nathan, Bar No. 20707
Michael J. Elliker Bar No. 20810
NATHAN & KAMIONSKI LLP
575 S. Charles Street Suite 402
Baltimore, MD 21201
(312) 612-1928
(312) 448-6099
akamionski@nklawllp.com
snathan@nklawllp.com
mengelsberg@nklawllp.com
melliker@nklawllp.com

*Attorneys for Donald Kincaid, Bryn Joyce, & John Barrick*

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that I have caused true and correct copies of the above and foregoing to be served on all counsel of record via to the Court's CM/ECF system, in accordance with the rules of electronic filing of documents, February 18, 2022.