IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALFRED CHESTNUT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. LKG-20-2342 |
| ) | |
| DONALD KINCAID, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF DISCOVERY CONFERENCE**

On March 16, 2022, Mayer Engelsberg, counsel for Individual Defendants sent an email request to meet and confer regarding Ms. McKnight's objections to Individual Defendants' record subpoenas to Charles N. Curlett, Jr., counsel for Angela McKnight. Counsel for Individual Defendants sent a follow-up request on March 18, 2022. Counsel for Individual Defendants left a voicemail for Counsel for McKnight and sent a follow-up email on March 21, 2022. Counsel for McKnight provided the following response via email on the evening of March 21, 2022:

> Mayer,
> I will be out of the country until Sunday. By this email, we have conferred. I reiterate my earlier objections.
> Best,
> Chad

The parties were unable to resolve their dispute and the Individual Defendants therefore submit the following issues to the Court for resolution: 1) Ms. McKnight's refusal to produce records responsive to Individual Defendants' record subpoenas.

Date: March 23, 2022                                              Respectfully submitted,

                                                                                    */s/ Mayer Engelsberg*

1

        Shneur Nathan, Bar No. 20707
        Avi T. Kamionski, Bar No. 20703
        Mayer Engelsberg, Bar No. 21105
        Michael J. Elliker, Bar No. 20810
        NATHAN & KAMIONSKI LLP
        575 S. Charles Street Suite 402
        Baltimore, MD 21201
        (312) 612-1928
        (312) 448-6099
        akamionski@nklawllp.com
        snathan@nklawllp.com
        mengelsberg@nklawllp.com
        melliker@nklawllp.com

        *Attorneys for Donald Kincaid, Bryn Joyce, & John Barrick*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, I caused the foregoing document to be electronically filed with the Court's CM/ECF system, which will send an electronic copy of the same to all counsel of record, and that I served a copy of the same on counsel for Angela McKnight, via email.

        /s/ Mayer Engelsberg