**Brown Goldstein & Levy**

April 26, 2022

**BY ECF**
The Hon. A. David Copperthite
United States District Court for the District of Maryland
101 West Lombard Street, 8B
Baltimore, Maryland 21201

      Re:    *Alfred Chestnut, et al. v. Donald Kincaid, et al.*
              Civil Action No. LKG-20-2342

Dear Judge Copperthite:

      Pursuant to your Letter Order of August 9, 2021 (ECF No. 52), we write regarding a discovery dispute that Plaintiffs and the Baltimore Police Department ("BPD") have been unable to resolve despite good-faith efforts to do so.

      Plaintiffs and BPD dispute the permissible length of Defendant Donald Kincaid's deposition, currently scheduled for Wednesday, May 4. Mr. Kincaid will be deposed in his individual capacity and in his capacity as BPD's corporate designee. Plaintiffs and BPD met and conferred on April 13 but have reached an impasse and seek this Court's guidance.

      Plaintiffs and BPD will set out their respective positions in submissions, to be filed within 24 hours of this letter.

                                     Respectfully,

                                     /s/
                              Kobie A. Flowers (Bar No. 16511)
                              kflowers@browngold.com
                              Andrew D. Freeman (Bar No. 03867)
                              adf@browngold.com
                              Chelsea J. Crawford (Bar No. 19155)
                              ccrawford@browngold.com
                              Neel K. Lalchandani (Bar No. 20291)
                              nlalchandani@browngold.com
                              Anthony J. May (Bar No. 20301)
                              amay@browngold.com
                              Brown, Goldstein & Levy, LLP
                              120 E. Baltimore Street, Suite 2500
                              Baltimore, Maryland 21202
                              Tel: (410) 962-1030
                              Fax: (410) 385-0869

BROWN, GOLDSTEIN & LEVY, LLP

Hon. A. David Copperthite
April 26, 2022
Page 2

                    /s/
Larry A. Nathans (Bar No. 03023)
nathans@nathanslaw.com
Booth M. Ripke (Bar No. 25764)
bripke@nathanslaw.com
Nathans & Biddle LLP
120 E. Baltimore Street, Suite 1800
Baltimore, Maryland 21202
Tel: (410) 783-0272
Fax: (410) 783-0518

*Attorneys for Plaintiffs Alfred Chestnut, Andrew Stewart, Jr., and Ransom Watkins*


                    /s/
Kyle A. Ashe (Bar No. 21551)
Natalie R. Amato (Bar No. 20749)
Justin S. Conroy (Bar No. 28480)
Kara K. Lynch (Bar No. 29351)
Baltimore City Law Department
Office of Legal Affairs
100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
T: (410) 396-2495/F: (410) 396-2126
natalie.amato@baltimorecity.gov
justin.conroy@baltimorepolice.org
kara.lynch@baltimorepolice.org
kyle.ashe@baltimorepolice.org

*Attorneys for Baltimore Police Department*