IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

ALFRED CHESTNUT, et al.,

Plaintiffs,

v.

DONALD KINCAID, et al.,

Defendants.

Civil Action No. LKG-20-2342

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Amend Scheduling Order, it is hereby this 6th day of May, 2022,

**ORDERED** that the motion is **GRANTED** and the Scheduling Order is modified as follows:

| Current Deadline | Filing/Occurrence | New Requested Deadline |
|---|---|---|
| May 14, 2022 | Plaintiffs' Rule 26(a)(2) disclosures | June 3, 2022 |
| June 17, 2022 | Defendants' Rule 26(a)(2) disclosures | July 8, 2022 |
| July 8, 2022 | Plaintiffs' rebuttal Rule 26(a)(2) disclosures | July 22, 2022 |
| July 15, 2022 | Rule 26(e)(2) supplementation of disclosures and responses | July 29, 2022 |
| July 29, 2022 | Close of expert discovery | August 12, 2022 |

A. David Copperthite
United States Magistrate Judge