**NATHAN & KAMIONSKI LLP**

**MAYER ENGELSBERG**
*Associate Attorney*
mengelsberg@nklawllp.com
T: (410) 885-4349
F: (312) 448-6099

June 21, 2022

**VIA ELECTRONIC COURT FILING**
The Hon. A. David Copperthite
United States District Court for the District of Maryland
101 West Lombard Street, 8B
Baltimore, Maryland 21201

      **Re: Alfred Chestnut, et al. v. Donald Kincaid, et al.**
      **Civil Action No. LKG-20-2342**

Dear Judge Copperthite:

      Pursuant to your Letter Order of August 9, 2021 (ECF 52), we write regarding a discovery dispute that Plaintiffs and the Individual Officer Defendants ("Individual Defendants") have been unable to resolve despite good-faith efforts to do so.

      Individuals Defendants request that the Court order Plaintiffs to submit to mental examinations pursuant to Fed. R. Civ. P. 35. Plaintiffs object. The parties met and conferred by telephone regarding this dispute on June 13, 2022, but have reached an impasse.

      Plaintiffs and the Individual Defendants will set out their respective positions in submissions, to be filed within 24 hours of this letter.

      Respectfully,

      /s/
      Avi T. Kamionski, Bar No. 20703
      Shneur Nathan, Bar No. 20707
      Mayer Engelsberg Bar No. 21105
      Michael J. Elliker, Bar No. 20810
      Nathan & Kamionski LLP
      575 S. Charles Street Suite 402
      Baltimore, MD 21201
      T: (312) 612-1928
      snathan@nklawllp.com
      akamionski@nklawllp.com
      mengelsberg@nklawllp.com
      melliker@nklawllp.com

      *Attorneys for Individual Defendants*

       /s/
_____
Kobie A. Flowers (Bar No. 16511)
kflowers@browngold.com
Andrew D. Freeman (Bar No. 03867)
adf@browngold.com
Neel K. Lalchandani (Bar No. 20291)
nlalchandani@browngold.com
Chelsea J. Crawford (Bar No. 19155)
ccrawford@browngold.com
Anthony J. May (Bar No. 20301)
amay@browngold.com
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel: (410) 962-1030
Fax: (410) 385-0869

       /s/
_____
Larry A. Nathans (Bar No. 03023)
nathans@nathanslaw.com
Booth M. Ripke (Bar No. 25764)
bripke@nathanslaw.com
Nathans & Biddle LLP
120 E. Baltimore Street, Suite 1800
Baltimore, Maryland 21202
Tel: (410) 783-0272
Fax: (410) 783-0518

*Attorneys for Plaintiffs Alfred Chestnut, Andrew Stewart, Jr., and Ransom Watkins*