**Brown Goldstein & Levy**

July 26, 2022

**BY ECF**
The Hon. A. David Copperthite
United States District Court for the District of Maryland
101 West Lombard Street, 8B
Baltimore, Maryland 21201

      Re:    *Alfred Chestnut, et al. v. Donald Kincaid, et al.*
              Civil Action No. LKG-20-2342

Dear Judge Copperthite:

      Pursuant to your Letter Order of August 9, 2021 (ECF No. 52), Plaintiffs and the Baltimore Police Department ("BPD") write regarding a discovery dispute that the parties have been unable to resolve despite good-faith efforts.

      Plaintiffs seek attorneys' fees from BPD as a Rule 37 sanction following the July 8, 2022 deposition of Donald Kincaid as BPD's 30(b)(6) witness on Topic 1. *See* Fed. R. Civ. P. 37; *see also* Loc. R. App. A, Guideline 1.c (describing requests for sanctions under Rule 37 as a "discovery dispute[]"). Counsel for Plaintiffs, BPD, and Mr. Kincaid met and conferred on July 20 but have reached an impasse and seek this Court's guidance.

      Plaintiffs and BPD will set out their respective positions in submissions, to be filed within 24 hours of this letter.

      Respectfully,

      /s/
Kobie A. Flowers (Bar No. 16511)
kflowers@browngold.com
Andrew D. Freeman (Bar No. 03867)
adf@browngold.com
Chelsea J. Crawford (Bar No. 19155)
ccrawford@browngold.com
Neel K. Lalchandani (Bar No. 20291)
nlalchandani@browngold.com
Anthony J. May (Bar No. 20301)
amay@browngold.com
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel: (410) 962-1030
Fax: (410) 385-0869

BROWN, GOLDSTEIN & LEVY, LLP

Hon. A. David Copperthite
July 26, 2022
Page 2

        /s/
Larry A. Nathans (Bar No. 03023)
nathans@nathanslaw.com
Booth M. Ripke (Bar No. 25764)
bripke@nathanslaw.com
Nathans & Biddle LLP
120 E. Baltimore Street, Suite 1800
Baltimore, Maryland 21202
Tel: (410) 783-0272
Fax: (410) 783-0518

*Attorneys for Plaintiffs Alfred Chestnut, Andrew Stewart, Jr., and Ransom Watkins*

        /s/
Kyle A. Ashe (Bar No. 21551)
Natalie R. Amato (Bar No. 20749)
Kara K. Lynch (Bar No. 29351)
Baltimore City Law Department
Office of Legal Affairs
100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
T: (410) 396-2495/F: (410) 396-2126
natalie.amato@baltimorecity.gov
kara.lynch@baltimorepolice.org
kyle.ashe@baltimorepolice.org

*Attorneys for Baltimore Police Department*

        /s/
Mayer Engelsberg, Bar No. 21105
Avi T. Kamionski, Bar No. 20703
Shneur Nathan, Bar No. 20707
Michael J. Elliker, Bar No. 20810
Nathan & Kamionski LLP
575 S. Charles Street Suite 402
Baltimore, MD 21201
T: (312) 612-1928
snathan@nklawllp.com
akamionski@nklawllp.com
mengelsberg@nklawllp.com
melliker@nklawllp.com

*Attorneys for Individual Defendants*