IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ALFRED CHESTNUT, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>DONALD KINCAID, *et al.*,<br><br>   Defendants. | Civil Action No. LKG-20-2342 |

**Stipulation of Dismissal with Prejudice of Claims Against John Barrick**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Alfred Chestnut, Andrew Stewart, and Ransom Watkins ("Plaintiffs") and Defendants Donald Kincaid, Jr., John Barrick, Bryn Joyce ("Officer Defendants"), and Baltimore Police Department ("BPD"), by and through undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of Plaintiffs' claims against Defendant John Barrick in the Amended Complaint in this matter (ECF No. 59). Because Mr. Barrick is the sole defendant in Count V, that count is dismissed. All other counts of the Amended Complaint against all other Defendants remain unchanged.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Kobie A. Flowers (Bar No. 16511) | Avi T. Kamionski (Bar No. 20703) |
| kflowers@browngold.com | akamionski@nklawllp.com |
| Andrew D. Freeman (Bar No. 03867) | Shneur Nathan (Bar No. 20707) |
| adf@browngold.com | snathan@nklawllp.com |
| Chelsea J. Crawford (Bar No. 19155) | Mayer Engelsberg (Bar No. 21105) |
| ccrawford@browngold.com | mengelsberg@nklawllp.com |
| Neel K. Lalchandani (Bar No. 20291) | Michael J. Elliker (Bar No. 20810) |
| nlalchandani@browngold.com | melliker@nklawllp.com |
| Anthony J. May (Bar No. 20301) | Nathan & Kamionski LLP |
| amay@browngold.com | 575 S. Charles Street Suite 402 |
| Brown, Goldstein & Levy, LLP | Baltimore, MD 21201 |
| 120 E. Baltimore Street, Suite 2500 | T: (312) 612-1928 |
| Baltimore, Maryland 21202 | |
| T: (410) 962-1030 | *Attorneys for Officer Defendants* |
| F: (410) 385-0869 | *Donald Kincaid, Jr., John Barrick, and Bryn Joyce* |

| /s/ | |
|---|---|
| Larry A. Nathans (Bar No. 03023) | /s/ |
| nathans@nathanslaw.com | Kyle A. Ashe (Bar No. 21551) |
| Booth M. Ripke (Bar No. 25764) | kyle.ashe@baltimorepolice.org |
| bripke@nathanslaw.com | Natalie R. Amato (Bar No. 20749) |
| Nathans & Biddle LLP | natalie.amato@baltimorecity.gov |
| 120 E. Baltimore Street, Suite 1800 | Justin S. Conroy (Bar No. 28480) |
| Baltimore, Maryland 21202 | justin.conroy@baltimorepolice.org |
| T: (410) 783-0272 | Kara K. Lynch (Bar No. 29351) |
| F: (410) 783-0518 | kara.lynch@baltimorepolice.org |
| | Baltimore City Law Department |
| *Attorneys for Plaintiffs Alfred Chestnut,* | Office of Legal Affairs |
| *Andrew Stewart, Jr., and Ransom Watkins* | 100 N. Holliday Street, Room 101 |
| | Baltimore, Maryland 21202 |
| | T: (410) 396-2495 |
| | F: (410) 396-2126 |
| | |
| | *Attorneys for Defendant* |
| | *Baltimore Police Department* |