# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| ALFRED CHESTNUT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| BALTIMORE POLICE DEPARTMENT, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No. 20-cv-02342-LKG

Dated:  August 29, 2022

## AMENDED SCHEDULING ORDER

On August 26, 2022, defendants Donald Kincaid and Bryn Joyce ("Individual Defendants") filed a consent motion in the above-captioned matter to modify the deadlines as set forth in the Court's Scheduling Order, dated March 14, 2022.  ECF No. 144.  In their motion, Individual Defendants state that additional time is necessary due to the dismissal of defendant John Barrick and an unexpected health issue arising for a member of defendants' legal team.  *Id.*

In light of the foregoing, and for good cause shown, the Court **GRANTS** Individual Defendants' motion and **MODIFIES** the Scheduling Order, dated March 14, 2022, as follows:

| | |
|---|---|
| Dispositive Motions | **September 6, 2022** |
| Oppositions to Dispositive Motions | **October 14, 2022** |
| Replies | **November 4, 2022** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge