IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALFRED CHESTNUT, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. LKG 20-2342 |
| | ) | |
| DONALD KINCAID, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## INDIVIDUAL DEFENDANTS' CONSENT MOTION
## TO AMEND SCHEDULING ORDER

Individual Defendants Donald Kincaid and Bryn Joyce, by and through their undersigned counsel and pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 105.2(a), submit this Consent Motion to Amend Scheduling Order to revise the briefing schedule for the reply to opposition to dispositive motions and in support state as follows:

1. On August 30, 2022, the Court granted Individual Defendants' consent motion to modify the deadlines as set forth in the Court's Scheduling Order, dated March 14, 2022, ECF No. 144. *See* ECF 195.

2. The modification to the Scheduling Order set November 4, 2022 as the deadline for Replies to Oppositions to Dispositive Motions.

3. Due to a death in the family of one of Individual Defendants' counsel, Individual Defendants respectfully request a two-week extension to file their Reply to Plaintiffs' Opposition to Individual Defendants' Motion for Summary Judgment, ECF 202.

4. The two-week extension would move the deadline for replies to November 18, 2022.

5. Counsel for Individual Defendants have consulted with Plaintiffs' counsel and they have consented to Individual Defendants' requested extension.

6. This Motion is not made for any improper purpose of delay.

WHEREFORE Individual Defendants Donald Kincaid and Bryn Joyce, with the consent of Plaintiffs' counsel, respectfully request that the Court grant the above requested extension for their Reply to Plaintiffs' Opposition to Individual Defendants' Motion for Summary Judgment.

Dated: November 3, 2022

Respectfully submitted,

_/s/ Avi T. Kamionski_
Avi T. Kamionski (Bar No. 20703)
akamionski@nklawllp.com
Shneur Nathan (Bar. No. 20707)
snathan@nklawllp.com
Mayer Engelsberg (Bar No. 21105)
mengelsberg@nklawllp.com
Michael J. Elliker (Bar No. 20810)
melliker@nklawllp.com
Nathan & Kamionski LLP
575 S. Charles Street Suite 402
Baltimore, MD 21201
T: (312) 612-1928

*Attorneys for Individual Defendants
Donald Kincaid, Jr. & Bryn Joyce*

## **CERTIFICATE OF SERVICE**

    I certify that copies of the foregoing were served on all counsel of record via the Court's CM/ECF system, in accordance with the rules of electronic filing of documents, on November 3, 2022.

                                                  Respectfully submitted,

                                                  _/s/ Michael J. Elliker_____
                                                  Michael J. Elliker