IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALFRED CHESTNUT, *et al.* | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. LKG 20-2342 |
| | ) | |
| DONALD KINCAID, *et al.* | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Now comes the undersigned counsel for Donald Kincaid and Bryn Joyce ("Individual Defendants"), pursuant to Local Rule 101.2(a)(1), requests leave of this Court to allow for the undersigned's withdrawal as counsel of record and in support thereof states:

1. That the undersigned attorney wishes to withdraw as an attorney of record from this matter.

2. That the Individual Defendants will continue to be represented by Nathan & Kamionski, LLP and the firm's remaining attorneys of record who have appeared in this matter.

3. That Individual Defendants are not prejudiced by the undersigned counsel's withdrawal from this matter.

Dated: March 3, 2023                                   Respectfully submitted,

/s/ *Michael Elliker*
Michael J. Elliker (Bar No. 20810)
melliker@nklawllp.com
Nathan & Kamionski LLP
575 S. Charles Street Suite 402
Baltimore, MD 21201
T: (312) 612-1928

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2023, I electronically filed the above and forgoing document with the Clerk of the Court using the Court's *CM/ECF* system, which sent electronic notification of the filing on the same day to all counsel of record.

/s/ *Michael Elliker*
Michael J. Elliker