**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ALFRED CHESTNUT, *et al.* | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. LKG 20-2342 |
| | ) |
| DONALD KINCAID, *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration, Individual Defendants' Motion for Leave to File Supplemental Authority is GRANTED.

DATE: _____, 2023

_____
Lydia Kay Griggsby
UNITED STATES DISTRICT JUDGE